UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ID# 05B3042
DAVID JOHNSON

Write the full name of each plaintiff.

-against-

N.Y.P.D officer
Albert Vitarelli
#3966 tax ID 935939
of 1st pct

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

25 CV 10760

No. _____

(To be filled out by Clerk's Office)

**COMPLAINT**

(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No



RECEIVED
DEC 23 2025
PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

DAvid _____ L. _____ JoHNSON

First Name         Middle Initial         Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

N/A

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

ID 25 B3242 Wende correctional.
Current Place of Detention

Wende Rd, PO Box 1187
Institutional Address

Alden _____ NY _____ 14004-1187
County, City         State         Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    *Albert          Vitarelli   #3966  ID 935939*

First Name                    Last Name                        Shield #

Current Job Title (or other identifying information)
*Police officer At*

Current Work Address
*1st Pct station*

County, City                        State                        Zip Code
*New York   NY*

Defendant 2:

First Name                    Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                        Zip Code

Defendant 3:

First Name                    Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                        Zip Code

Defendant 4:

First Name                    Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                        Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:    1st Pct Police station

Date(s) of occurrence:    10/23/23

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

10/23/23 Plaintiff David Johnson was arrested. By Manhattan warrant, officers at 100 centre st Courthouse. Based on I-card warrant issued. By Defendant Albert Vitarelli #3966 tax ID 935939 of 1st Pct station. Due to a July 4th 2023 criminal matter of charges Pl 160.10 Pl 121.12 Pl 155.30 under Docket # CRO30456-23 NY. Please note on Same 10-23-23, arrest date. Defendant Albert Vitarelli #3966 tax ID 935939 of 1st Pct also arrested me, for two more criminal matters on Behalf of two diffent officers. Also two diffent Police stations ① From 9th Pct from a 7-20-23, crime date. By officer Danielle Venuto #7106 tax ID 957255. ② From MTS Pct station, from 10-8-23 crime date. By a officer Keith Kealy #2948. Both two arrests done by Defendant, Albert Vitarelli #3966 tax ID 935939 of 1st Pct. Please see two other Dockets.

Page 4

① Docket # CR030455-23 NY. ② Docket # CR030457-23 NY. Please see all three 10-23-23, arrests done. BY Defendant Albert Vitarelli #3966 tax ID 935939 of 1st Pct. BY following records 1st) NVS rap sheet of ▓▓▓ Plaintiff David JoHNSON NYSID #5549683J. It will show, place of arrest 1st Pct for 10-23-23 also tax ID 935939 of Vitarelli. Also see CJA pre trial release Assessment From 10-23-23, three arrests.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Due to the false arrests three in one day. Pain of mental stress, also hardship. After the three, 10-23-23 arrests. I got release 10-24-23, ROR then all three Matters got dismissed 4-29-24

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Due to claims also records of David JoHNSON Plaintiff request the court to order money damages in sum of $ 250,000.

Page 5

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 10-14-25 | _(signature)_ |
| Dated | Plaintiff's Signature |
| DAVID           L. | JoHNSON ID 25B3242 |
| First Name     Middle Initial     Last Name | |
| Wende correctional | Wende Rd, PoBox 1187 |
| Prison Address | |
| Alden                    NY | 14004-1187 |
| County, City           State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

12-13-25,                    Pg 1of1

Matter of David Johnson
ID # 25B3242 wende correctional
Wende Rd, Po Box 1187 Alden NY 14004-1187
Docket # 25 civ 4719
Attn. clerk of court

I was tould, by Hon Sarah L cave.
In my aboue, case of 25 civ 4719 to
Make two more complaints' of two of
the defendants' from 25civ 4719, now
will have three Docket numbers. AS
to my phone conference, had by Hon.
Sarah L. cave.
As tould by                    Yours'
Hon Sarah L. caue
to do Such, from
our last legal              David Johnson
       call from            ID 25B3242
Elmira correctional. Plaintiff

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: David Johnson    DIN: 25B3242

A-V-35 023

$1.32

WENDE
CORR FAC

Docket# 25Civ4719    office of
united states District court for
Southern District of New York
Attn, Pro se Intake unit
500 Pearl street
New York, NY 10007

Legal Mail

DEC 16 2025