UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

               Plaintiff,

        -against-

N.Y.P.D. OFFICER ALBERT VITARELLI #3966
TAX ID 935939,

               Defendant.

No. 25 Civ. 10760 (JPC) (SLC)

**<u>ORDER OF SERVICE</u>**

SARAH L. CAVE, United States Magistrate Judge:

The Clerk of Court is directed to electronically notify the New York City Police Department

and the New York City Law Department of this order.  The Court requests that Police Officer Albert

Vitarelli (Shield No. 3966, Tax I.D. No. 935939) waive service of summons.

SO ORDERED.

Dated:   New York, New York
         February 23, 2026

_____
SARAH L. CAVE
United States Magistrate Judge